# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EMILY ADAMS,<br>　　　　　　Plaintiff<br>v.<br>FBCS INC.,<br>　　　　　　Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION<br><br>NO. 2:18-CV-15553-SDW-LDW<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER VACATING THE CLERK'S DECEMBER 7, 2018 ENTRY OF DEFAULT AND EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD TO THE COMPLAINT

Plaintiff, EMILY ADAMS ("Plaintiff"), by and through counsel, requests that this Court vacate the Clerk's Entry of Default entered on December 7, 2018 against Defendant, FBCS INC. ("Defendant"). Plaintiff hereby withdraws her Motion for Default Judgment with prejudice. (Docs. 6-7). Defendant hereby withdraws its Cross-Motion to Set Aside the Clerk's Entry of Default Judgment with prejudice. (Docs. 9, 10).

FURTHER, it is hereby STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendant, with Court approval, that said Defendant shall have until April 16, 2019, to answer or otherwise plead to the Complaint. This is the first extension in this matter.

| | |
|---|---|
| ZEMEL LAW LLC | FINEMAN KREKSTEIN & HARRIS, P.C. |
| /S/ Daniel Zemel<br>DANIEL ZEMEL, ESQUIRE | /S/ Monica M. Littman<br>RICHARD J. PERR, ESQUIRE<br>MONICA M. LITTMAN, ESQUIRE |
| 1373 Broad Street, Suite 203-C<br>Clifton, New Jersey 07013<br>(v) 862-227-3106; (f) 973-282-8603<br>e-mail: dz@zemellawllc.com<br><br>Attorneys for Plaintiff<br><br>Dated: April 5, 2019 | Ten Penn Center<br>1801 Market Street, Suite 1100<br>Philadelphia, PA 19103-1628<br>(v) 215-893-9300; (f) 215-893-8719<br>e-mail: rperr@finemanlawfirm.com<br>mlittman@finemanlawfirm.com<br>Attorneys for Defendant FBCS, Inc.<br>Dated: April 5, 2019 |

## ORDER

Good cause appearing therefore, it is So Ordered.

The Clerk of Court is directed to terminate the motions at ECF Nos. 6, 8, and 10.

*Jeda D. Wettre*
U.S.M.J.